## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| North Dakota Developments, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Cascata Homes, LLC, Cascata Holdings, | ) | |
| LLC, Chris Cuzalina, J Chris Quinn, and | ) | |
| Phillip Watson, | ) | |
| | ) | Case No. 4:14-cv-151 |
| Defendants. | ) | |

Before the court are motions for attorneys Heather N. Sutton and Misty M. Pratt to appear *pro hac vice* on behalf of defendants. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Heather N. Sutton and Misty M. Pratt have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 23 and 24) are **GRANTED**. Attorneys Heather N. Sutton and Misty M. Pratt are admitted to practice before this court in the above-entitled action on behalf of defendants.

**IT IS SO ORDERED.**

Dated this 5th day of December, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge