# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| North Dakota Developments, LLC, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Cascata Homes, LLC, Cascata Homes ) | |
| Holdings, LLC, Chris Cuzalina, J. Chris ) | |
| Quinn and Phillip Watson, ) | Case No. 4:14-cv-151 |
| ) | |
| Defendants. ) | |

Defendant Cascata Homes, LLC filed a Chapter 11 bankruptcy petition on April 2, 2015, with the United States Bankruptcy Court for the Northern District of Texas, Dallas Division. It subsequently filed a "Suggestion of Bankruptcy" with this court on May 7, 2015. Consequently, on June 10, 2015, the court issued an order staying the action in its entirety.

On July 21, 2016, Defendant J. Chris Quinn filed a "Motion to Lift Bankruptcy Stay." He requests that the court lift the stay, advising that Cascata Homes, LLC's bankruptcy case was dismissed on February 23, 2016, and closed on March 9, 2016. See Maritime Elec. Co., Inc. v. United Jersey Bank, 959 F.3d 1194, 1206 (3d Cir. 1991) (Automatic stay "continues until the bankruptcy case is closed, dismissed, or discharge is granted or denied, or until the bankruptcy court grants some relief from the stay.").

The court **GRANTS** Quinn's motion (Docket No. 39) and lifts the stay of this action.

**IT IS SO ORDERED.**

Dated this 26th day of July, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court