# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| North Dakota Developments, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Cascata Homes, LLC, et. al. | ) | Case No. 4:14-cv-151 |
| Defendants. | ) | |

The court held a status conference with the parties by telephone on February 28, 2017. During the conference, the parties advised the court that they had resolved this matter are in the process of circulating closing documents.

Pending receipt of the aforementioned closing documents, the motions to dismiss (Docket Nos. 8, 11, and 14) and the motion to amend the notice of removal (Docket No. 30) shall be administratively termed.

**IT IS SO ORDERED.**

Dated this 28th day of February, 2017.

                                                        */s/ Charles S. Miller, Jr.*
                                                        Charles S. Miller, Jr., Magistrate Judge
                                                        United States District Court