# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| North Dakota Developments, LLC, | ) |
| Plaintiff, | ) **ORDER ADOPTING STIPULATION** |
| | ) **FOR DISMISSAL WITHOUT PREJUDICE** |
| vs. | ) |
| Cascata Homes, LLC, Cascata Holdings, LLC, Chris Cuzalina, J Chris Quinn, and Phillip Watson, | ) Case No. 4:14-cv-151 |
| Defendants. | ) |

On March 6, 2017, the parties filed a "Stipulation for Dismissal without Prejudice." The court **ADOPTS** the stipulation (Docket No. 47) and **DISMISSES** the above-entitled action without prejudice and without costs or fees awarded to any party.

**IT IS SO ORDERED.**

Dated this 7th day of March, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court